# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| NIKIA TIMOTHY STRIET,<br><br>      Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | Case No.  C10-822-TSZ<br>     (CR03-97-TSZ)<br><br>**ORDER DENYING § 2255 MOTION** |

The Court, having reviewed petitioner's motion under § 2255, the Report and Recommendation of Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)   The Court adopts the Report and Recommendation.

(2)   Petitioner's § 2255 motion is **DENIED** and this case is **DISMISSED** with prejudice;

(3)   Petitioner is **DENIED** issuance of a certificate of appealability; and

(4)   The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

ORDER DENYING § 2255 MOTION- 1

DATED this 1st day of December, 2010.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER DENYING § 2255 MOTION- 2